UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CR-60045-RS

**UNITED STATES OF AMERICA**

vs.

**KERBY BROWN, JR.,**
    **Defendant.**
_____/

### UNITED STATES OF AMERICA'S NOTICE OF INTENT TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 803(6)

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this notice of intent to admit evidence pursuant to Federal Rules of Evidence ("FRE") 902(11) and 803(6).[1]

Pursuant to Federal Rule of Evidence 902(11), "a party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them."

At the trial of the instant case, the United States intends to offer into evidence business records from the Gateway Hotel, pursuant to Federal Rule of Evidence 902(11) and 803(6), which provide for the admissibility and authenticity of business records via certifications provided by a records custodian. A business records certification associated with these records is attached hereto as Exhibit A.

---

[1] The instant notice serves to supplement the notices filed on February 21, 2020 and May 2, 2022. ECF Nos. 19-21 and 116.

This filing is intended to provide the requisite FRE 902(11) notice to the defense.

                          Respectfully submitted,

                          JUAN ANTONIO GONZALEZ
                          UNITED STATES ATTORNEY

By:    */s/ Monica K. Castro*
        Monica K. Castro
        Assistant United States Attorney
        Court ID. A5502776
        99 NE 4th Street, 6th Floor
        Miami, Florida 33132
        Tel: (305) 961-9013
        Monica.Castro@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, on May 4, 2022.

                                               s/ *Monica K. Castro*
                                               Monica K. Castro
                                               Assistant United States Attorney

# Exhibit A

# CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as: [If this is insufficient room in which adequately identify the items certified, complete on a separate sheet and refer to that sheet here]

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

[signature]
Signature of Declarant

PARESH PATEL
Printed Name

MGMR.
Title

ELITE HOTELS, LLC
Company Name

2900 Polk Street Hollywood FL 33020
Business Address

5/02/2022
Date of Declaration / Execution

2019R00577-003