```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2                            (FORT LAUDERDALE)
                           CASE NO.  20-CR-60045
 3

 4   THE UNITED STATES OF AMERICA,
             Plaintiff,                   Fort Lauderdale, Florida
 5   vs.                                  April 7, 2022

 6   KERBY BROWN,
             Defendant.
 7   ------------------------------------------------------------
                         Status Conference Hearing
 8                BEFORE THE HONORABLE RODNEY SMITH
                    UNITED STATES DISTRICT JUDGE
 9
     APPEARANCES:
10   FOR THE PLAINTIFF:    UNITED STATE'S ATTORNEY'S OFFICE, by:
                           Adam Hapner, Esq.,
11                         99 NE 4th Street
                           Miami, Florida   33132
12

13   FOR THE DEFENDANT:    THE HORENSTEIN FIRM, by:
                           Bradley Horenstein, Esq.
14                         40 NW 3rd Street, PH1
                           Miami, Florida   33128
15

16

17

18

19

20

21

22   STENOGRAPHICALLY
     REPORTED BY:          ELLEN A. RASSIE, RMR-CRR
23                         Official Court Reporter to the
                           Honorable Rodney Smith
24                         299 E. Broward Blvd., Room 202B
                           Fort Lauderdale, Florida   33301
25
```

```
 1                THURSDAY MORNING SESSION, APRIL 7, 2022

 2                       P-R-O-C-E-E-D-I-N-G-S

 3                              - - -

 4                  (Call to the Order of the Court.)

 5           THE COURT:  Good morning, everyone.  You may be

 6   seated.

 7           THE COURTROOM DEPUTY:  United States of America

 8   versus Kerby Brown, case number is 20-60045, CR, Smith.

 9   Counsel, please state your appearances for the record.

10           MR. HAPNER:  Good morning, Your Honor.  Adam Hapner

11   on behalf of the United States covering for Monica Castro.

12           THE COURT:  Good morning.

13           MR. HORENSTEIN:  Good morning, Judge.  Brad

14   Horenstein, appointed stand-by counsel for Mr. Brown.

15           THE COURT:  Good morning.  Good morning, Mr. Brown,

16   as well.  We're here for status conference in light of the fact

17   that Mr. Brown has chosen to represent himself.

18           With that issue having been resolved by the magistrate

19   judge, Mr. Hornstein was appointed standby counsel.  Have you

20   been in contact with your client, sir, to discuss your role in

21   this matter?

22           MR. HORENSTEIN:  Briefly, this morning, Judge.  But

23   if I may have an opportunity to clarify the role with Your

24   Honor now?

25           THE COURT:  Okay.
```

```
 1              MR. HORENSTEIN:  Is it okay if I take my mask off?
 2   Thank you, Judge.  And so I just wanted to be clear.  That I've
 3   been appointed standby counsel, not hybrid counsel, and I'd
 4   cite to the two cases that I think are controlling.  Moody v.
 5   Commission at Alabama Department of Correction, 682 F.App 802
 6   from 2017 before the Eleventh Circuit and United States v.
 7   Wilson, 979 F.3d 889, Eleventh Circuit case from 2020 which
 8   clarifies the sole role of the standby counsel is to not to
 9   represent him, but -- not to represent the defendant but to
10   consult with the defendant and to be there for the defendant to
11   ask to take over at any point.
12              But it is not a position like the hybrid role where
13   I'm co-counsel, where I'll be filing motions for Mr. Brown,
14   where I'll be doing things along with him.
15              I'm standby.  I'm here in case Mr. Brown wants me to
16   take over.  I told Mr. Brown he should have me take over.  That
17   will be my -- I will maintain that position.  He should have me
18   handle the case.  He should not handle the case, but as standby
19   counsel, I'm just here to consult with him and in case he
20   chooses to no longer represent himself.
21              THE COURT:  Do you understand that, Mr. Brown?
22              THE DEFENDANT:  I do.
23              THE COURT:  Moving forward, do you want
24   Mr. Horenstein to take over now?  You understand you have that
25   choice.  If you decide to exercise that right, even though he
```

```
 1  advised you to do so, it's your decision.  You understand that?
 2          THE DEFENDANT:  Yes, Your Honor.
 3          THE COURT:  All right.  With that said, this case is
 4  set for trial May 16th.  How many witnesses?  How many days?
 5  The Government?
 6          MR. HAPNER:  The Government is conservatively
 7  estimating seven business days, so a little over a week.  We
 8  have ten, approximately ten witnesses, three of whom are the
 9  victims, so those -- their testimony is going to take a little
10  bit of time.
11          THE COURT:  What about defense?  Mr. Brown, do you
12  have any witnesses?  You need to answer loud because it's being
13  recorded.
14          THE DEFENDANT:  I said no.
15          THE COURT:  All right.  No.
16          MR. HORENSTEIN:  Judge, if I may, there is an issue
17  with my availability, and so it may lead to potentially another
18  appointment.  I am scheduled to start a Medicare fraud trial
19  before Judge Moore on May 24th, and I'm going to move for a
20  continuance on that case.  It is a younger case than this.
21          THE COURT:  Yeah, but this case predates Judge Moore.
22  You can't be at two places at the same time.  He can't compel
23  you going to trial.  That will never happen.
24          MR. HORENSTEIN:  Could not agree with Your Honor
25  more.
```

1                THE COURT:  All right.  So, it's not a conflict here.
2                MR. HORENSTEIN:  Okay.  I'm just concerned that Judge
3    Moore may not grant my motion for continuance.
4                THE COURT:  If you're in a trial, no judge can pull
5    another lawyer out of another trial.
6                MR. HORENSTEIN:  You're right, Judge.  You're right.
7                THE COURT:  Okay.
8                MR. HORENSTEIN:  Thank you, Judge.
9                THE COURT:  All right.  So, you can just let him know
10   that this case is set for trial the 16th, and it's going to go,
11   and so you can at least let him know that, as well.
12               MR. HORENSTEIN:  Will do.  Thank you.
13               THE COURT:  All right.  And also, in terms of the
14   previous offers that have been extended to Mr. Brown, correct?
15               MR. HAPNER:  I'm not privy to what specific offers
16   have been extended to him in this case.
17               THE COURT:  To my understanding, it has been.  Didn't
18   the Government extend offers to you, sir?
19               THE DEFENDANT:  I rejected them.  They just came with
20   a five year conspiracy.  If I just plead out to five year
21   conspiracy.
22               THE COURT:  I don't know whether that is true or not.
23   Bottom line, you don't want to accept any offers, no matter
24   what it is?
25               THE DEFENDANT:  No, no, no.

```
 1            THE COURT:  So, you understand now if you're
 2   convicted, I don't know what the guidelines are, but I'm sure
 3   with these counts, they're going to be significant.  Do you
 4   understand that?
 5            THE DEFENDANT:  Yes.
 6            THE COURT:  And knowing that, you still want to
 7   represent yourself?
 8            THE DEFENDANT:  Yes.
 9            THE COURT:  All right.  That's fine.  The previous
10   judge already ruled upon that.  Anything else we need to
11   discuss?
12            MR. HAPNER:  Nothing from the Government.
13            THE COURT:  Mr. Hornstein?
14            MR. HORENSTEIN:  Nothing from standby counsel.
15            THE COURT:  We'll see you for trial on May 16.
16            THE DEFENDANT:  Your Honor?
17            THE COURT:  Yes.
18            THE DEFENDANT:  I actually have a situation myself.
19   I want to know why you haven't responded to my speedy trial
20   violation?
21            THE COURT:  What speedy trial violation?
22            THE DEFENDANT:  18 U.S.C. 3162.
23            THE COURT:  You filed one?
24            THE DEFENDANT:  Yes.
25            THE COURT:  I think that --
```

```
 1              MR. HAPNER:  I don't believe -- I spoke with AUSA
 2   Castro yesterday regarding whether there are any pending
 3   motions.  I did review the docket, as well.  And I know that
 4   there's been numerous pro se motions filed to dismiss the
 5   indictment and it's my understanding that Your Honor has ruled
 6   on all of those.  Denied them all.
 7              THE COURT:  Yeah, to my understanding, I don't have
 8   any pending motions, but that same issue is already addressed
 9   beforehand.  I know it has been denied but that being said,
10   we're going to move forward with this trial on May 16th.
11         What about your clothing?  You have clothing and
12   everything else?
13              THE DEFENDANT:  Not yet.
14              THE COURT:  Well, I'll tell you, you need to go
15   ahead, do something about it.  I'm sure you don't want to be
16   sitting in that particular garment that you're wearing now
17   before a jury.  That's your decision, sir.  All right?  Okay.
18   We'll see everyone for trial on May 16th.
19              MR. HAPNER:  Thank you, Your Honor.
20              THE COURT:  Thank you.
21              MR. HORENSTEIN:  Thank you, Judge.
22              THE COURT:  Also, make sure jury instructions have
23   already been submitted to this Court.
24              MR. HAPNER:  They have not yet, but a number of
25   pretrial motions or notices have been submitted but again,
```

1  everything's been ruled on.  So, we'll submit our jury
2  instruction, proposed exhibit list and proposed witness lists
3  prior to calendar call.
4          THE COURT:  And submit proposed questions, juror
5  question for this Court to ask jurors, as well, okay?  Thank
6  you.
7          THE COURT:  Have a good day.

C-E-R-T-I-F-I-C-A-T-E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

JULY 19, 2022          /s:/Ellen A. Rassie_____
                       ELLEN A. RASSIE, RMR-CRR
                       Official Court Reporter
                       To the Honorable Rodney Smith
                       299 East Broward Blvd., Room 202B
                       Fort  Lauderdale, Florida  33301
                       (954)769-5448