UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-60045-SMITH

UNITED STATES OF AMERICA

vs.

KERBY BROWN,
    a/k/a "K.J.,"
    a/k/a/ "Slime,"

    Defendant.
_____/

## VERDICT

1. We, the Jury, unanimously find the Defendant, **KERBY BROWN, a/k/a "K.J.," a/k/a/ "Slime"**, as to **Count 1** of the Indictment, Conspiracy to Engage in Sex Trafficking of Minors:

    GUILTY __X__      NOT GUILTY _____

2. We, the Jury, unanimously find the Defendant, **KERBY BROWN, a/k/a "K.J.," a/k/a/ "Slime"**, as to **Count 2** of the Indictment, Attempted Sex Trafficking of a Minor:

    GUILTY __X__      NOT GUILTY _____

3. We, the Jury, unanimously find the Defendant, **KERBY BROWN, a/k/a "K.J.," a/k/a/ "Slime"**, as to **Count 3** of the Indictment, Sex Trafficking of a Minor:

GUILTY __X__      NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this __11__ day of August, 2022.