UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-60045-RS

UNITED STATES OF AMERICA

Plaintiff,

v.

KERBY BROWN,

Defendant.
_____________________________________/

# PRELIMINARY OBJECTIONS TO THE PRESENTENCE REPORT

Defendant Kerby Brown, through undersigned counsel, respectfully submits objections to the presentence investigation report ("Report") and states:

I. Guidelines Calculation Objections

Defendant Brown objects to the statements of bases for guideline application in paragraphs 2 to 80 of the Report describing offense conduct, victim impact, offense level computation, and the Defendant's criminal history.

a. The Multiple Count Adjustment Should Include Only Three Groups with No Subgroups

Only one victim, J.M., Minor Victim 2, was involved in Count One and Group One. Group One, discussed in Paragraphs 28 through 45, and concluding in Paragraph 60, should apply only to J.M, and should not include two extra subgroups for J.J. and D.L.

Group One relates to Count One, the Conspiracy. Evidence of a co-conspirator presented at trial was limited to one co-conspirator named Heidi Archer. Evidence presented at trial demonstrated that Kerby Brown did not meet Heidi Archer until after the incident involving J.J.

and D.L. Thus, J.J. and D.L. are not victims of the Conspiracy with Heidi Archer charged in Count One. Accordingly, Group One A and Group One B should be removed, and the total number of units under the Multiple Count Adjustment changed to three instead of four.

b. No Evidence of the Use of a Computer or Interactive Computer Device in Count Two

No evidence was introduced at trial that established Mr. Brown used a computer or interactive computer device during the commission of the crime alleged in Count Two. No sexual advertisements for Minor Victim 1 were introduced in the trial, and no eyewitness testified to having seen Mr. Brown use a computer to post that relevant sexual advertisement. Accordingly, the offense level should not be increased by two levels under Group Two.

c. Minor Victim 2 Was Not in the Custody, Care, or Supervisory Control of the Defendant

J.M., Minor Victim 2, was not in the custody, care, or supervisory control of Mr. Brown as stated in paragraph 53. Accordingly, the offense level should not be increased by two levels under Group Three.

d. The Mandatory Victim Restitution Act of 1996 Applies Only to Two Victims

The Mandatory Victim Restitution Act of 1996 discussed in Paragraph 19 applies only to Minor Victim 1 and Minor Victim 2, and does not apply to J.J., D.L., or T.S.

e. Mr. Brown Has Three Criminal History Points for a Criminal History Category of II

Mr. Brown's misdemeanor conviction on Case Number 19006281MM10A discussed in Paragraph 70 was the direct result of the sting operation in this case that led to Mr. Brown's arrest. The lead FBI agent in the instant case orchestrated the arrest out of which arose these two relevant Misdemeanor charges. Accordingly, Mr. Brown should not receive two criminal history points for this conviction arising out of the same case as is before the Court for sentencing. Mr. Brown's criminal history points should be calculated at three instead of five, establishing a criminal history

category of II instead of III.

II. Offender Characteristics Clarification

Mr. Brown's sister died in a car accident in 1997, not Mr. Brown's brother, as it is stated in Paragraph 82. Kerby Brown was also in the car as a child at the time of the fatal car crash that killed his mother and sister. Only Mr. Brown and his father survived the car crash.

Conclusion

Depending upon the Court's resolution of these preliminary objections to the proposed guideline computations, Defendant may have additional objections.

Respectfully submitted,

**THE HORENSTEIN FIRM, P.A.**
40 NW 3rd St.
PH1
Miami, Florida 33128
(786) 444 – 2723

By: /s/ Bradley Horenstein
**BRADLEY HORENSTEIN, ESQ.**
brad@thehorensteinfirm.com
Florida Bar No. 0096000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

By: /s/ Bradley Horenstein
**BRADLEY HORENSTEIN, ESQ.**
Florida Bar No. 0096000