UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cr-60045-RS

USA

                    Plaintiff(s),

vs.

Kerby Brown, Jr.

                    Defendant(s).
                                          /

FILED BY _____ D.C.

MAY 0 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[✓] Stored by Records Section in: [ ] Miami [ ] FTL [✓] WPB [ ]

[✓] Other (Explain): Government's 3Cds re DE#178

[ ] Attachments
(Exhibit list; Order of Court)

Signature: _Patrick Smith_

Print Name: _PATRICK SMITH_

Agency or Firm: _US ATTORNEY_

Address: _500 E. BROWARD BLVD #700_
_FT. LAUDERDALE, FL 33394_

Exhibits Released by:

_Dimas Rodriguez_
(Deputy Clerk)

Telephone: _954 660 5144_

Date: _5/1/25_

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record