AO 243 (Rev. 01/15)                                                                                           Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Southern District of Florida (Ft Lauderdale) |
|---|---|---|
| Name *(under which you were convicted)*:<br>Kerby Brown, Jr. | | Docket or Case No.:<br>0:20-cr-60045-RS-1 |
| Place of Confinement:<br>FCI Jesup | | Prisoner No.:<br>REG. NO. 20040-104 |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* |
| V. | KERBY BROWN, JR. | |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    U. S. District Court
    Southern District of Florida
    Fort Lauderdale Division

    FILED BY_____D.C.

    FEB 09 2026

    ANGELA E. NOBLE
    CLERK U.S. DIST. CT.
    S. D. OF FLA. - FT. LAUD.

    (b) Criminal docket or case number (if you know): 0:20-cr-60045-RS-1

2.  (a) Date of the judgment of conviction (if you know): 11/18/2022

    (b) Date of sentencing: 11/18/2022

3.  Length of sentence: 360 months

4.  Nature of crime (all counts):

    Ct 1s: Conspiracy to Commit Sex Trafficking, in violation of 18 U.S.C. § 1594(c).
    Ct 2s: Attempted Sex Trafficking of A Minor, in violation of 18 U.S.C. § 1594(a).
    Ct 3s: Sex Trafficking of A Minor, in violation of 18 U.S.C. §§1591(a)(1) and (b)(2).

5.  (a) What was your plea? (Check one)

    (1) Not guilty ☑       (2) Guilty ☐       (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

    Guilty on Counts 1s, 2s, 3s of the Superseding Indictment.

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury ☑   Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☑   No ☐

8.  Did you appeal from the judgment of conviction?   Yes ☑   No ☐

9.   If you did appeal, answer the following:

(a)  Name of court:   United States Court of Appeals for the Eleventh Circuit

(b)  Docket or case number (if you know):   USCA Case Number: 22-14056

(c)  Result:   Affirmed

(d)  Date of result (if you know):   2/10/2025

(e)  Citation to the case (if you know):   No.

(f)  Grounds raised:

On Appeal, Brown challenged whether sufficient evidence supports convictions of conspiracy to commit child sex trafficking and attempted child sex trafficking, whether the district court erred in admitting a conspirator's phone records and communications, whether continuances related to the coronavirus pandemic and changes in defense counsel violated the Speedy Trial Act, and whether the district court erred when it refused to strike the jury venire after it read an earlier version of the indictment and then corrected its error.

(g)  Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☑

If "Yes," answer the following:

(1)  Docket or case number (if you know):   N/A

(2)  Result:

(3)  Date of result (if you know):

(4)  Citation to the case (if you know):

(5)  Grounds raised:

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐      No ☑

11.   If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:

(2)  Docket or case number (if you know):

(3)  Date of filing (if you know):

(4)  Nature of the proceeding:

(5)  Grounds raised:

AO 243 (Rev. 01/15)                                                                                                                    Page 4

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐          No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:        Yes ☐          No ☐

(2)  Second petition:   Yes ☐          No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**   Ineffective Assistance of Pretrial Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Pretrial counsel's failure to:

(1) Communicate with Pasley and Inform Him of the Relevant Circumstances and Likely Consequences of Pleading Guilty As Opposed to Proceeding to Trial;
(2) Conduct An Adequate and Independent Pretrial Investigation; and
(3) Attempt to Negotiate A Favorable Plea Agreement Deprived Brown of Effective Assistance of Pretrial Counsel Under the Sixth Amendment of the Constitution of the United States.

A Memorandum of Law in Support thereof will be forthcoming.

(b)  **Direct Appeal of Ground One:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐        No ☑

    (2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐        No ☑

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐        No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐        No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐        No ☐

AO 243 (Rev. 01/15)

(6)    If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)    If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

---

**GROUND TWO:**    Ineffective Assistance of Trial Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Trial Counsel's Failure To:

(1) Convey His Trial Strategy and Inform Brown of Any Affirmative Defense;
(2) Prepare for Trial and Research the Applicable Law and Review the Discovery Provided by the Government;
(3) Subpoena Or Call Any Defense Witnesses on Brown's Behalf;
(4) Properly Cross Examine the Government's Witnesses; and
(5) Lodge Proper Objections At Trial Deprived Brown of Effective Assistance of Trial Counsel and A Fair and Reliable Jury Verdict.

A Memorandum of Law in Support thereof will be forthcoming.

(b) **Direct Appeal of Ground Two:**

(1)    If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2)    If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

(1)    Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

 

**GROUND THREE:**     Ineffective Assistance of Sentencing Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Sentencing Counsel's Failure To:
(1) Review, Discuss and Explain the PSR to Brown Prior to the Sentencing Hearing; and
(2) File Objections to the PSR Deprived Brown of Effective Assistance of Sentencing Counsel Under the Sixth Amendment, A Fair and Just Sentence.

A Memorandum of Law in Support thereof will be forthcoming.

AO 243 (Rev. 01/15)                                                                                                    Page 8

**(b)  Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☑

    (2)  If you did not raise this issue in your direct appeal, explain why:

    Claims of ineffective assistance of counsel are not generally raised on direct appeal.

**(c)  Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☑

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:**   N/A _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

N/A

_____

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes [ ]        No [ ]

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes [ ]        No [ ]

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [ ]        No [ ]

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes [ ]        No [✔]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:
Joaquin E. Padilla, 150 West Flagler Street, Suite 1700, Miami, FL 33130

(b) At the arraignment and plea:
Bradley Horenstein, The Horenstein Firm, P.A.,40 NW 3rd St., PH1, Miami, FL 33128

(c) At the trial:
Bradley Horenstein, The Horenstein Firm, P.A.,40 NW 3rd St., PH1, Miami, FL 33128

(d) At sentencing:
Bradley Horenstein, The Horenstein Firm, P.A.,40 NW 3rd St., PH1, Miami, FL 33128

(e) On appeal:
Bradley Horenstein, The Horenstein Firm, P.A.,40 NW 3rd St., PH1, Miami, FL 33128

(f) In any post-conviction proceeding:
N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☐     No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐     No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐     No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

Therefore, Brown respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

Respectfully submitted,

*Kerby Brown*
KERBY BROWN
REG. NO. 20040-104
FCI JESUP
FEDERAL CORR. INSTITUTION
2680 301 SOUTH
JESUP, GA 31599
Appearing *Pro Se*

## DECLARATION OF KERBY BROWN

I, Kerby Brown, declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. I placed this § 2255 Motion in the prison mailbox on the date below invoking the prison mailbox rule. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: February 3, 2026

*Kerby Brown*
KERBY BROWN

KERBY BROWN
REG. NO. 20040-104
FCI JESUP
FEDERAL CORR. INSTITUTION
2680 301 SOUTH
JESUP, GA 31599

February 3, 2026

Ms. Angela E. Noble
Clerk of Court
U. S. District Court
Southern District of Florida
Fort Lauderdale Division
299 East Broward Boulevard #108
Fort Lauderdale, FL 3330

      RE:   *Brown v. United States*
             Civil No. 0:26-cv-_____
             Crim No. 0:20-cr-60045-RS-1

Dear Ms. Noble:

    Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody and Memorandum of Law in Support thereof will be forthcoming. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                      Sincerely,

                      *Kerby Brown*
                      KERBY BROWN
                      Appearing *Pro Se*

*Encl. as noted*

# UNITED STATES POSTAL SERVICE ®

## PRIORITY MAIL

...elivery date specified for domestic use.

...ipments include $100 of insurance (restrictions apply).*

...ing® service included for domestic and many internation...

...rnational insurance.**

...internationally, a customs declaration form is required.

...ot cover certain items. For details regarding claims exclusions see the...
...anual at *http://pe.usps.com*.

...al Mail Manual at *http://pe.usps.com* for availability and limitations of...

## RATE ENVELOPE

▪ ANY WEIGHT

To schedule fr...
scan th...

USPS.C...

## ...KED ▪ INSURED



001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

---

## UNITED STATES POSTAL SERVICE ®

### Click-N-S...

| P | usps.com $8.85 US POSTAGE | 9405 5301 0935 5280 8254 51 0088 5000 |
| --- | --- | --- |

U.S. POSTAGE PAID
Click-N-Ship®

02/03/2026
0 lb 3 oz

Malled from 31599  4469383

## PRIORITY MAIL®

REG. NO. 20040-104, FCI JESUP, FEDERAL CORR. INSTI
KIRBY BROWN
2680 301 SOUTH
JESUP GA 31599-0001

Created...
Flat Ra...

R...



CLERK OF COURT, SOUTHERN DISTR...
ANGELA E NOBLE
STE 108
299 E BROWARD BLVD
FORT LAUDERDALE FL 33301-1922

### USPS TRACKING #



9405 5301 0935 5280 8254 51